1

2

3

4

5

6

7

8

9

10

FILED
CLERK, U.S. DISTRICT COURT

APR 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA,

Plaintiff,

v.

ORLANDO PASCUAL POPPER,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. SA CR 03-0171-CJC

**ORDER OF DETENTION**

**[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)]**

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.     (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on (1) the instant allegations indicate that he is not amenable to supervision; (2) his immigration status is undocumented; and (3) defendant submitted to detention request.

and/or

B.   ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: _____April 17_____, 2009.

_____
Fernando M. Olguin
United States Magistrate Judge

2